**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MICHAEL D. | : | |
| v. | : | NO. 26-CV-2043 |
| FRANK BISIGNANO | : | |

**O R D E R**

AND NOW, this 5th day of October, 2026, it is hereby ORDERED that the Claimant's Request for Review is GRANTED and the matter REMANDED for further consideration of evidence of headaches and a cervical impairment in accordance with the Social Security regulations, as explained in my Opinion of this date.

The Clerk of Court is hereby directed to mark this case as CLOSED.

BY THE COURT:

*/s/ Scott W. Reid*

SCOTT W. REID
UNITED STATES MAGISTRATE JUDGE